**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                    **NO. 4:13CR00143-01-SWW**

**JOSE ALMANZA-PEREZ**

**ORDER**

Pending is Defendant's Motion for Two Point Reduction (Doc. No. 80) based on

Sentencing Guideline Amendment 782.

On August 25, 2014 Defendant was sentenced to 57 months in prison.[1]  The sentence was

based on total offense level of 25, which was the result of a base offense level of 28 minus 3

points for acceptance of responsibility and 2 points for safety valve.  The base offense level was

the result of a May 15, 2014 Variance Stipulation allowing Defendant a 2-point reduction in

anticipation of Amendment 782.[2]

Because Amendment 782 already was factored in to Defendant's sentence, the motion is

DENIED.

IT IS SO ORDERED this 4th day of February, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 261.

[2]Doc. No. 44.